UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMONT CORTEZ LUCAS, | ) | No. CV 11-97 DMG (FFM) |
| Plaintiff, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE RE: CAMILO GUIANG'S MOTION TO DISMISS |
| v. | ) ) | |
| TERRI GONZALES, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge Re: Camilo Guiang's Motion to Dismiss ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that plaintiff's claim that Dr. Guiang exhibited deliberate indifference in failing to ensure that petitioner saw a specialist sooner than June 2008 is dismissed without prejudice.

DATED: June 28, 2013

/s/ Dolly M. Gee
DOLLY M. GEE
United States District Judge