1
2
3
4
5
6
7      UNITED STATES DISTRICT COURT
8      CENTRAL DISTRICT OF CALIFORNIA
9

10  LAMONT CORTEZ LUCAS,              ) No. CV 11-97 DMG (FFM)
                                      )
11            Plaintiff,              ) ORDER ACCEPTING FINDINGS,
                                      ) CONCLUSIONS AND
12        v.                          ) RECOMMENDATIONS OF
                                      ) UNITED STATES MAGISTRATE JUDGE
13  TERRI GONZALES, et al.,           ) RE: MOTION FOR SUMMARY
                                      ) JUDGMENT FILED BY CAMILO
14            Defendants.             ) GUIANG AND BEN GRIFFIN
                                      )
15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this
17  action, the attached Report and Recommendation of United States Magistrate Judge Re:
18  Motion for Summary Judgment Filed by Camilo Guiang and Ben Griffin ("Report"), and
19  the objections thereto.  Good cause appearing, the Court concurs with and accepts the
20  findings of fact, conclusions of law, and recommendations contained in the Report after
21  having made a *de novo* determination of the portions to which objections were directed.
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

1  IT IS ORDERED that the motion for summary judgment in favor of Dr. Guiang[1]
2  and Dr. Griffin is granted, and that judgment be entered on the Complaint against
3  plaintiff and in favor of defendants.

5  DATED:  June 28, 2013

6  _____
   DOLLY M. GEE
7  United States District Judge

---

26  [1] The Court has recommended in a separate Report and Recommendation that the
27  only claim in this action not subject to the motion for summary judgment be dismissed
    for failure to exhaust.  Therefore, no claim remaining in this action, judgment in favor of
28  defendants and against plaintiff is appropriate.