UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMONT CORTEZ LUCAS, | ) | No. CV 11-97 DMG (FFM) |
| Plaintiff, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| TERRI GONZALES, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his complaint and that the action be dismissed with prejudice.

DATED: June 28, 2013

_____
DOLLY M. GEE
United States District Judge